# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOC/INDEX# 2:19-CV-03229 [ARR][JO] Purchased

RUPAL SHAH

**PLAINTIFF / PETITIONER**

ATTORNEY: FARUQI & FARUQI, LLP

EBIX, INC; ROBIN RAINA, IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES; DARREN JOSEPH, IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES; DARREN INDIVIDUAL AND PROFESSIONAL CAPACITIES; & ASH SAWHNEY, N HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES,

**DEFENDANT / RESPONDENT**

I, **WILL ACREE**, being first duly sworn, deposes and says: that I reside in the state of: GEORGIA and that I am over the age of 18 years and not a party to this action and that within the boundaries of the state where services were effected, I was authorized by law to perform said service. **"DEPONENT HAS NO DIRECT OR PERSONAL INTEREST IN THE MATTER"**

**PAPER TYPE**: SUMMONS IN A CIVIL ACTION, & COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, ATTORNEY CASE OPENINGS, NOTICE RE: RULE 73, NOTICE CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, CERTIFICATION ABITRATION ELIGIBILITY, INDIVIDUAL PRACTICES AND RULES OF JUDGE ALLYNE R. ROSS, INDIVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE JAMES ORENSTEIN,

**Service**: I served **DARREN JOSEPH C/O EBIX, INC**
Name Of Person/Entity Being Served

**Person Served**: LINDA BANKS    REGISTERED AGENT
**On**: June 18, 2019    at 2:45:00 PM

☐ Residence  ⦿ Business    Address: 289 S. CULVER ST., LAWRECENVILLE, GA, 30097
City / State / Zip

Thereafter copies of the documents were mailed by prepaid First Class Mail on:

CANTON, GA    June 18, 2019

DARREN JOSEPH C/O EBIX INC @ 289 S. CULVER ST, LAWRECENVILLE, GA

**Manner of Service:**

- Personal: By personally delivering copies to the person being served.
- Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- ■ Service at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person who stated he/she was authorized to accept service of the process.
- Posting: By posting in a conspicuous manner to the front door of the person/entity being served.

**"X" if Applies FOR MILITARY & NON-SERVICE**

I asked the person spoken to whether defendant was in active military service of the United States or of the State New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State of of the United States as that term is defined in either the State or Federal Statutes. A check of the Department of Defense Manpower Data Center revealed negative results.

[ ] Non-Service: after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

**"X" if Applies**
- Unknown At Address
- Unable To Serve In A Timely Fashion
- Moved, Left No Forwarding
- Address Does Not Exist
- Service Cancelled By Litigant
- Other

Service Attempts: Service was attempted on (1) (2) (3) (4) (5) (6)

**DESCRIPTION**: Sex **F**  Race **White**  Age **51-66**  Height **5'4-5'8**  Weight **100-1**  Hair **Grey**

**"X" if Applies**: Mustache  Beard  Glasses  Tattoo(s)  OTHER

Subscribed and Sworn to before me this

_[signature]_
FRANK HUGH JAMES
NOTARY PUBLIC
CHEROKEE COUNTY, GA
MY COMMISSION EXPIRES
JANUARY 9, 2021

_[signature]_ WILL ACREE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

DOC/INDEX# 2:19-CV-03229 [ARR][JO]   Purchased

**RUPAL SHAH**

PLAINTIFF / PETITIONER

ATTORNEY **FARUQI & FARUQI, LLP**

EBIX, INC, ROBIN RAINA, IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES; DARREN JOSEPH, IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES; & ASH SAWHNEY, N HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES,

DEFENDANT / RESPONDENT

I, **WILL ACREE** _____, being first duly sworn, deposes and says: that I reside in the state of: GEORGIA and that I am over the age of 18 years and not a party to this action and that within the boundaries of the state where services were effected, I was authorized by law to perform said service. "**DEPONENT HAS NO DIRECT OR PERSONAL INTEREST IN THE MATTER**"

**PAPER TYPE** SUMMONS IN A CIVIL ACTION, & COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, ATTORNEY CASE OPENINGS, NOTICE RE: RULE 73, NOTICE CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, CERTIFICATION ABITRATION ELIGIBILITY, INDIVIDUAL PRACTICES AND RULES OF JUDGE ALLYNE R. ROSS, INDIVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE JAMES ORENSTEIN,

**Service:** I served **ROBIN RAINA C/O EBIX, INC**
Name Of Person/Entity Being Served

**Person Served** **LINDA BANKS**

**On June 18, 2019** at **2:45:00 PM**   **REGISTERED AGENT**

○ Residence  ● Business   **289 S. CULVER ST., LAWRECENVILLE, GA, 30097**
Address    City / State / Zip

Thereafter copies of the documents were mailed by prepaid First Class Mail on:

**CANTON, GA**   June 18, 2019

**ROBIN RAINA C/O EBIX INC @ 289 S. CULVER ST, LAWRECENVILLE, GA**

**Manner of Service:**

- Personal: .............. By personally delivering copies to the person being served.
- Substituted at Residence: ... By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the househould over the age of 18 and explaining the general nature of the papers.
- ● Service at Business: .......... By leaving, during office hours, copies at the office of the person/entity being served with the person who stated he/she was authorized to accept service of the process.
- Posting: .............. By posting in a conspicuous manner to the front door of the person/entity being served.

**"X" if Applies FOR MILITARY & NON-SERVICE**

I asked the person spoken to whether defendant was in active military service of the United States or of the State New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State of of the United States as that term is defined in either the State or Federal Statutes. A check of the Department of Defense Manpower Data Center revealed negative results.

[ ] Non-Service: after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

"X" if Applies   Unknown At Address      Moved, Left No Forwarding      Service Cancelled By Litigant
                 Unable To Serve In A Timely Fashion   Address Does Not Exist      Other

Service Attempts: Service was attempted on (1) (2) (3) ( 4)  (5)  (6)

**DESCRIPTION:** Sex **F**  Race **White**  Age **51-66**  Height **5'4-5'8**  Weight **100-1**  Hair **Grey**

"X" if Applies   Mustache   Beard   Glasses   Tattoo(s)   OTHER

Subscribed and Sworn to before me this _____

FRANK HUGH JAMES
NOTARY PUBLIC
CHEROKEE COUNTY, GA
MY COMMISSION EXPIRES
JANUARY 9, 2021

_____
WILL ACREE

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW** DOC/INDEX# 2:19-CV-03229 [ARR][JO] Purchased

RUPAL SHAH

EBIX, INC; ROBIN RAINA, IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES; DARREN JOSEPH, IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES; & ASH SAWHNEY, N HIS INDIVIDUAL AND PROFESSIONAL CAPACITIES.

**PLAINTIFF / PETITIONER**
**ATTORNEY** FARUQI & FARUQI, LLP

**DEFENDANT / RESPONDENT**

I, **WILL ACREE** _____, being first duly sworn, deposes and says: that I reside in the state of: GEORGIA and that I am over the age of 18 years and not a party to this action and that within the boundaries of the state where services were effected, I was authorized by law to perform said service. "DEPONENT HAS NO DIRECT OR PERSONAL INTEREST IN THE MATTER"

**PAPER TYPE**: SUMMONS IN A CIVIL ACTION, & COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, ATTORNEY CASE OPENINGS, NOTICE RE: RULE 73, NOTICE CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, CERTIFICATION ABITRATION ELIGIBILITY, INDIVIDUAL PRACTICES AND RULES OF JUDGE ALLYNE R. ROSS, INDIVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE JAMES ORENSTEIN,

**Service**: I served **ASH SAWHNEY C/O EBIX, INC**
Name Of Person/Entity Being Served

**Person Served**: LINDA BANKS          **REGISTERED AGENT**
**On** June 18, 2019    at 2:45:00 PM
○ Residence  ● Business   289 S. CULVER ST., LAWRECENVILLE, GA, 30097
                          Address         City / State / Zip

Thereafter copies of the documents were mailed by prepaid First Class Mail on:

CANTON, GA                                                              June 18, 2019

ASH SAWHNEY C/O EBIX INC @ 289 S. CULVER ST, LAWRECENVILLE, GA

**Manner of Service**:

- Personal: By personally delivering copies to the person being served.
- Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- ● Service at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person who stated he/she was authorized to accept service of the process.
- Posting: By posting in a conspicuous manner to the front door of the person/entity being served.

**"X" if Applies FOR MILITARY & NON-SERVICE**

I asked the person spoken to whether defendant was in active military service of the United States or of the State New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State of of the United States as that term is defined in either the State or Federal Statutes. A check of the Department of Defense Manpower Data Center revealed negative results.

[ ] Non-Service: after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

**"X" if Applies**
- Unknown At Address
- Unable To Serve In A Timely Fashion
- Moved, Left No Forwarding
- Address Does Not Exist
- Service Cancelled By Litigant
- Other

Service Attempts: Service was attempted on (1) (2) (3) (4) (5) (6)

**DESCRIPTION**: Sex F  Race White  Age 51-66  Height 5'4-5'8  Weight 100-1  Hair Grey
**"X" if Applies**  Mustache  Beard  Glasses  Tattoo(s)  OTHER

Subscribed and Sworn to before me this

FRANK HUGH JAMES
NOTARY PUBLIC
CHEROKEE COUNTY, GA
MY COMMISSION EXPIRES
JANUARY 9, 2021

WILL ACREE