UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
RUPAL SHAH,

                Plaintiff,

   -against-

EBIX, INC., ROBIN RAINA, in his individual and professional capacities, DARREN JOSEPH, in his individual and professional capacities, and ASH SAWHNEY, in his individual and professional capacities,

                Defendants.
----------------------------------------------------------------------x

Case No. 19-cv-03229-ARR-JO

**DISCLOSURE OF CORPORATE INTERESTS PURSUANT TO RULE 7.1**

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants state defendant Ebix, Inc., a publicly-held corporation, does not have a parent corporation and that there is no publicly-held corporation that owns 10% or more of its stock other than Blackrock, Inc. and FMR, LLC (Fidelity Investments).

Dated: Uniondale, New York
       July 26, 2019

                                    FARRELL FRITZ, P.C.

                                    By: /s *John P. McEntee*_____
                                          John P. McEntee
                                          *Attorneys for Defendants*
                                          400 RXR Plaza
                                          Uniondale, New York 11556
                                          (516) 227-0700