| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>           U.S. Magistrate Judge | Date:   8/22/2019<br>Time:   9:30 a.m. |

*Rupal Shah v. Ebix, Inc., et al.*
19-CV-3229 (ARR) (JO)

Type of Conference:  <u>Initial</u>

Appearances:   Plaintiff       <u>Alex J. Hartzband, Innessa M. Huot</u>

                        Defendants   <u>John P. McEntee</u>

Scheduling:

1. The next <u>status</u> conference will be held on <u>December 18, 2019, at 11:00 a.m.</u>

2. A <u>pretrial</u> conference will be held on <u>March 4, 2020, at 10:30 a.m.</u>

Summary: I will enter a separate case management and scheduling order that reflects, with minor modifications, the deadlines set forth in the parties' joint discovery plan.

                                                                                              SO ORDERED

                                                                                              _____/s/_____
                                                                                              James Orenstein
                                                                                              U.S. Magistrate Judge