**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

September 23, 2019

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

      Re:    *Shah v. Ebix, Inc., et al.*, Civil Action No. 2:19-cv-3229 (ARR) (JO)

Dear Judge Orenstein:

      We represent Plaintiff Rupal Shah in the above-referenced action and write jointly with Defendants, pursuant to the Court's August 23, 2019 Order directing the parties to select a mediator.

      The parties had conferred and agreed to select Mr. Stephen Sonnenberg as the mediator. However, the parties were then informed that Mr. Sonnenberg does not have availability for EDNY panel cases until January 2020. As such, the parties are now working diligently find an available alternate mediator.

      The parties respectfully request an additional seven (7) days to secure an available alternate mediator and to report back to the Court regarding their selection.

      We thank Your Honor for the Court's time and attention to this matter.

                                    Respectfully submitted,

                                    Innessa M. Huot

cc:    Counsel of Record (*via* ECF)

685 THIRD AVENUE   NEW YORK, NY 10017   PHONE: 212.983.9330   FAX: 212.983.9331   EMPLOYEERIGHTSCOUNSEL.COM   FARUQILAW.COM