**F&F  FARUQI & FARUQI**
LLP
A T T O R N E Y S   A T   L A W         **NEW YORK         CALIFORNIA         DELAWARE         GEORGIA         PENNSYLVANIA**

**Innessa M. Huot**
ihuot@faruqilaw.com

October 29, 2019

**VIA ECF**

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:     *Shah v. Ebix, Inc., et al.*, Civil Action No. 2:19-cv-3229 (ARR) (JO)

Dear Judge Ross:

We represent Plaintiff Rupal Shah in the above-referenced action and write jointly with Defendants to notify the Court that the parties have reached an agreement in principle to resolve Plaintiff's claims.  The parties' respectfully request that they be permitted until November 25, 2019 to either file a stipulation of discontinuance or update the Court regarding their efforts to enter into a formal settlement agreement.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot

cc:     Counsel of Record (*via* ECF)